UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRINE ALVILLAR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIRT DOG, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:18-cv-09967-DSF-AS<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 28, 2018<br><br>Trial Date: 1/7/2020 |

Plaintiff Corrine Alvillar ("Plaintiff") and Defendant Dirt Dog, Inc., a California Corporation ("Defendant") through their respective counsel, hereby stipulate as follows:

**IT IS HEREBY ORDERED:**

Plaintiff Corrine Alvillar's ("Plaintiff") entire action is dismissed with prejudice.

Dated: June 7, 2019

　　　　　　　　　　　　　　　　　　　　_Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　　Hon. Dale. S. Fischer
　　　　　　　　　　　　　　　　　　　　United States District Judge